# Order

Michigan Supreme Court
Lansing, Michigan

May 28, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139319-21(82)

BARBARA LYNN SALT, Personal
Representative of the Estate of ALYSHA LYNN
SALT, Deceased,
     Plaintiff-Appellee,

v

ANDREW C. GILLESPIE, GERALDINE LYNN
IRVINE, PIXIE, INC., d/b/a BENNIGAN'S, and
MASON JAR PUB & GRUB,
     Defendants-Appellees,

and

QUALITY DAIRY COMPANY,
     Defendant-Appellant.

_____/

SC: 139319
COA: 277391
Ingham CC: 05-000060-NS

JOSEPH BOLANOWSKI, Personal
Representative of the Estate of ROBERT M.
BOLANOWSKI, Deceased, BRENDA J.
BOLANOWSKI, and TERRANCE D. HALL,
     Plaintiffs-Appellees,

v

ANDREW C. GILLESPIE, GERALDINE LYNN
IRVINE, f/k/a GERALDINE LYNN GATHMAN,
RONALD SHEELE ENTERPRISES, L.L.C., d/b/a
MASON JAR PUB & GRUB, and SWEET
ONION, INC., d/b/a BENNIGAN'S,
     Defendants-Appellees,

and

QUALITY DAIRY COMPANY,
     Defendant-Appellant.

_____/

SC: 139320
COA: 277392
Ingham CC: 05-000161-NI

STEPHEN ANCONA,
   Plaintiff-Appellee,

v

ANDREW C. GILLESPIE, GERALDINE LYNN
IRVINE, f/k/a GERALDINE LYNN GATHMAN,
RONALD SHEELE ENTERPRISES, L.L.C., d/b/a
MASON JAR PUB & GRUB, and SWEET
ONION, INC., d/b/a BENNIGAN'S,
   Defendants-Appellees,

SC: 139321
COA: 277393
Ingham CC: 05-000297-NI

and

QUALITY DAIRY COMPANY,
   Defendant-Appellant.
_____/

   On order of the Court, the motion for reconsideration of this Court's February 2, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

   MARKMAN, J., (*dissenting*).

   I would grant Bennigan's motion for reconsideration and, on reconsideration, would vacate this Court's order of February 2, 2010, which reinstated plaintiffs' claim against Bennigan's, for the reasons set forth in my dissenting statement in this case, 485 Mich 1090 (2010).

   CORRIGAN, J., joins the statement of MARKMAN, J.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2010



d0525

Clerk